In the Matter of the Petition of Charles
W. HARRAH to be Adjudicated
Bankrupt.

**WELSH, BEBOUT & HILL, Appellant, v.
Samuel L. WILLIS, Trustee in Bank-
ruptcy of Charles W. Harrah, Appellee.**

No. 7579.

Circuit Court of Appeals, Sixth Circuit.
April 9, 1937.

Welsh, Bebout & Hill, of Detroit, Mich.,
and William J. Beer, of Royal Oak, Mich.,
for appellant.

Stanley E. Hathaway, of Detroit, Mich.,
for appellee.

Before HICKS, MACK, and ALLEN,
Circuit Judges.

PER CURIAM.

It appearing that the record presents no
reviewable question because (1) it contains
no finding of fact, and (2) it does not appear
that the facts stated in the certificate of the
referee were accepted by the District Judge,
rule 34, clause 2 (b) of this court; Hiller
v. Olmstead, 54 F.(2d) 5, 7 (C.C.A.6); In
re Meifert, 57 F.(2d) 861 (C.C.A.6), it is
ordered that the appeal be, and the same is,
dismissed.

**Frank HAYS, Jr., Divisional Director of Im-
migration and Naturalization, Omaha,
Nebraska, Appellant, v. Stilianos G. PAN-
TAZES or Steve Pantages.**

No. 10871.

Circuit Court of Appeals, Eighth Circuit.
March 6, 1937.

For opinion below, see 15 F.Supp. 1053.

E. G. Dunn, U. S. Attorney, of Mason
City, Iowa, for appellant.

J. E. Williams, of Mason City, Iowa,
for appellee.

PER CURIAM.

Appeal docketed and dismissed without
costs to either party in this court, on mo-
tion of appellant and consent of appellee.

**H. M. BYLLESBY & COMPANY, Appellant,
v. B. H. BERKSHIRE.**

No. 10797.

Circuit Court of Appeals, Eighth Circuit.
March 15, 1937.

Henry L. Jost, of Kansas City, Mo., for
appellant.

R. R. Brewster, of Kansas City, Mo., for
appellee.

PER CURIAM.

Appeal dismissed, with costs, per stipu-
lation of parties.

**Harry HORTON, Appellant, v. UNITED
STATES of America, Appellee.**

No. 7557.

Circuit Court of Appeals, Sixth Circuit.
May 11, 1937.

A. V. McLane and Alfred W. Taylor,
both of Nashville, Tenn., for appellant.

Horace Frierson, Jr., and D. L. Lans-
den, both of Nashville, Tenn., for the Unit-
ed States.

Before HICKS, SIMONS, and ALLEN,
Circuit Judges.

PER CURIAM.

It appearing that the only question pre-
served for review in this case was whether
the court erred in overruling appellant's
motion for a new trial, and it not being ap-
parent from the record that there was an
abuse of discretion in the denial of the mo-
tion, it is therefore ordered and adjudged
that the judgment of the District Court be,
and the same is, affirmed.